# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DAVIDA LAUREL SMITH**                                                                   **PLAINTIFF**

V.                  **No. 4:25-CV-00182-JTK**

**SOCIAL SECURITY ADMINISTRATION,**
Commissioner                                                           **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 17th day of December, 2025.

_____
UNITED STATES MAGISTRATE JUDGE